UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RICH MEDIA CLUB LLC,<br><br>    Plaintiff,<br><br>v.<br><br>RESEARCHGATE GMBH,<br><br>    Defendant | Case No. 2:23-cv-00362-JRG |

**PLAINTIFF'S NOTICE OF READINESS FOR SCHEDULING CONFERENCE**

As required by the Court's Standing Order, Rich Media Club LLC ("RMC") files this Notice of Readiness for Scheduling Conference. As to RMC's complaint, the Defendant, ResearchGate GmbH ("ResearchGate"), filed their Answer to Complaint on July 19, 2024. (Dkt. No. 11). Thus, all of the defendants have answered.

There are no pending motions in this case.

There is one related case filed in the Eastern District of Texas that involves the same patents: Rich Media Club LLC v. DMG Media Limited, Case No. 2:23-cv-00388.

The patent numbers in this case are: 11,443,329; 11,631,115; and 11,468,453. The patent numbers in the related case Rich Media Club LLC v. DMG Media Limited, Case No. 2:23-cv-00388 are: 11,443,329 and 11,741,482.

In the related case, Rich Media Club LLC v. DMG Media Limited, Case No. 2:23-cv-00388, there is a Markman Hearing date set for January 17, 2025 and a Trial is set for July 2025 before Judge Rodney Gilstrap.

Dated: July 22, 2024

                                              Respectfully submitted,

                                              /s/ *Alison Aubry Richards*
                                              Alison Aubry Richards

        IL Bar # 6285669 (*also admitted in ED Texas*)
        arichards@giplg.com
        Global IP Law Group, LLC
        55 West Monroe Street, Suite 3400
        Chicago, IL 60603
        Telephone: (312) 241-1500

*Attorney for Plaintiff Rich Media Club, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on July 22, 2024.

        */s/ Alison Richards*
        Alison Aubry Richards