**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| RICH MEDIA CLUB LLC, | § |
| *Plaintiff*, | § § § |
| v. | §  CIVIL ACTION NO. 2:23-CV-00362-JRG |
| RESEARCHGATE GMBH, | § § § |
| *Defendant*. | § |

**ORDER**

Before the Court is the Joint Notice of Settlement and Motion to Stay All Deadlines (the "Joint Motion") of Plaintiff, Rich Media Club LLC ("Rich Media"), and Defendant, ResearchGate GmbH ("ResearchGate") (collectively, the "Parties"). (Dkt. No. 17.) In the Joint Motion, the Parties represent that they have settled, in principle, all matters in controversy between the Parties. (*Id*. at 1). The Parties request a stay of the above-captioned case for thirty (30) days, through September 26, 2024, to allow the Parties time for all dismissals papers to be submitted. (*Id.*)

Having considered the Joint Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines in the above-captioned case are **STAYED** up to and including September 26, 2024, during which time appropriate dismissal papers are to be filed with the Court.

**So Ordered this**

**Aug 28, 2024**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE