IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RICH MEDIA CLUB LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:23-CV-00362-JRG |
| RESEARCHGATE GMBH, | § § § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Joint Motion Requesting Extension of Stay (the "Joint Motion") of Plaintiff, Rich Media Club LLC ("Rich Media"), and Defendant, ResearchGate GmbH ("ResearchGate") (collectively, the "Parties"). (Dkt. No. 20.) The Parties note that the Court granted the Parties' first request for a stay pending settlement on August 28, 2024. (Dkt. No. 17.) In the Joint Motion, the Parties now request a short extension of ten days so that they may complete the execution of the settlement documents and filing of same. (Dkt. No. 20.)

Having considered the Joint Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines in the above-captioned cases are **extended** up to and including **October 6, 2024**, during which time appropriate dismissal papers are to be filed with the Court. Barring truly unforeseeable circumstances, the Parties should not expect further extensions of this stay.

**So ORDERED and SIGNED this 30th day of September, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE