IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RICH MEDIA CLUB LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:23-CV-00362-JRG |
| | § | |
| RESEARCHGATE GMBH, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Joint Stipulation of Dismissal (the "Stipulation") filed by Plaintiff, Rich Media Club LLC ("Rich Media"), and Defendant, ResearchGate GmbH ("ResearchGate") (collectively, the "Parties").  (Dkt. No. 23.)  In the Stipulation, the Parties stipulate to dismissal of all claims by and between them with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  (*Id.*)

Having considered the Stipulation, the Court **ACKNOWLEDGES** and **ACCEPTS** that all claims by and between the Parties in the above-captioned case are **DISMISSED WITH PREJUDICE**.  The parties are to bear their own costs and attorneys' fees.  The Clerk of Court is directed to **CLOSE** the above-captioned case.

So ORDERED and SIGNED this 10th day of October, 2024.

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE